# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| TOWN OF DAVIE, )<br>)<br>       Plaintiff, )<br>vs. )<br>)<br>FERGUSON ENTERPRISES LLC., and )<br>MUELLER WATER PRODUCTS, INC., )<br>)<br>       Defendants. )<br>_____ ) | Case No. 25-cv-60502 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, TOWN OF DAVIE, by and through the undersigned counsel and pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby files with the Court this Notice of Voluntary Dismissal of the above-styled cause without prejudice as to all Defendants.

Dated: April 18, 2025

                                                                                     Respectfully submitted,

                                                                                      LYDECKER LLP
                                                                                      2300 Glades Road, Suite 340W
                                                                                      Boca Raton, FL  33431
                                                                                      (786) 587-1899 / (305) 416-3190

                                                                                      By:  ***/s/ Eric L. McAliley***
                                                                                      ERIC L. McALILEY, ESQ.
                                                                                      Florida Bar No.: 174343
                                                                                      Secondary e-mail: christy@lydecker.com