**UNITED STATES DISTRIC COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-60502-CV-MIDDLEBROOKS

TOWN OF DAVIE,

    Plaintiff,

v.

FERGUSON ENTERPRISES LLC., and
MUELLER WATER PRODUCTS, INC.,

    Defendants.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal without Prejudice, filed April 18, 2025. (DE 13). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither. Accordingly, it is **ORDERED AND ADJUDGED**:

(1) Plaintiff's claims in the above-styled action are **DISMISSED** without prejudice.

(2) The Clerk of Court shall **CLOSE** this matter and **DENY** all pending motions as moot.

(3) Except as otherwise agreed, the Parties shall each bear their own costs and fees.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 21 day of April, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE